DCP:EP:mmz

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 10753 |
|---|---|---|
| v. | ) | (Judge Rambo) |
| RAYMUNDO LUIS CASTANEDA | ) | |

**INDICTMENT**

**FILED**
HARRISBURG, PA

MAY 1 2 2010

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

THE GRAND JURY CHARGES THAT:

### COUNT I

On or about January 20, 2009, in the City of Lebanon, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**RAYMUNDO LUIS CASTANEDA**

did use a facility in interstate and foreign commerce, to knowingly persuade, entice and coerce, and attempted to knowingly persuade, entice and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with an offense, specifically, involuntary deviate sexual intercourse in violation of Pennsylvania law, Title 18, Pa. C.S.A. § 3223(a)(7).

All in violation of Title 18, United States Code, Section 2422(b).



FOR~~~~~~~~~
DATE

_Dennis C. Pfannenschmidt_
DENNIS C. PFANNENSCHMIDT
UNITED STATES ATTORNEY