AO 83 (Rev. 02/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pa

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Raymundo Luis Castaneda<br>_____<br>*Defendant's name and address* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.    1:10-cr-153-Judge Rambo |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: Fed Bldg, Hbg, Pa 17108 | Courtroom No.: | 5, 11th Floor |
|---|---|---|
| | Date and Time: | 6/8/10 at 9:00am |

This offense is briefly described as follows:
18: 2422(b) Enticement of a minor

Date:    5/19/10                      *[signature: Pam Warner]*
                                                                            *Issuing officer's signature*

                                                                  Pam Warner, Deputy Clerk
                                                                        *Printed name and title*

## Proof of Service

This summons was received by me on *(date)* _____.

     ☐ I personally served the summons on this defendant _____ at

     *(place)* _____ on *(date)* _____ ; or

     ☐ On *(date)* _____, I left the summons at the defendant's residence or usual place of abode
     with *(name)* _____, a person of suitable age and discretion who resides
     there, and mailed a copy to the defendant's last known address; or

     ☐ The summons was returned unexecuted because _____.

I declare under penalty of perjury that this information is true.

Date returned: _____

                                                                        *Server's signature*

                                                                        *Printed name and title*

Remarks: