IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:10-CR-0153 |
| v. | : | |
| RAYMUNDO LUIS CASTANEDA | : | |

P L E A

**FILED**
HARRISBURG
JUN 8 2010
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

AND NOW, this _8th_ day of _June_, the within named defendant, hereby enters a plea of _Not Guilty_ to the within Indictment.

_Castaneda Luis_
(Defendant's Signature)

_[signature]_
(Defense Counsel)