IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:10-CR-153 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| RAYMUNDO LUIS CASTANEDA | ) | (Electronically filed) |

## ORDER

**AND NOW** this ____ day of December 2010, in light of the United State's Motion to Dismiss, it is hereby ORDERED that the Indictment in the above-captioned case is dismissed without prejudice.

_____
Sylvia H. Rambo
United States District Court